1  NANCY HERSH, State Bar No. 49091
2  CHARLES C. KELLY, II, State Bar No. 122253
   HERSH & HERSH
3  A Professional Corporation
   601 Van Ness Avenue, Suite 2080
4  San Francisco, CA  94102-6316
   (415) 441-5544
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA        DMR

10
   IKIAM D'ANDRE CARTER, a minor, by and        CV No. 13    3547
11 through his father and guardian ad litem,
   IVAN CARTER,
12
                                                 PETITION FOR ORDER FOR
13               Plaintiff,                       APPOINTMENT OF GUARDIAN
                                                 AD LITEM
14 v.

15 CITY OF VALLEJO, a municipal corporation;
   VALLEJO POLICE DEPARTMENT, a
16 municipal corporation, MARK THOMPSON,
   individually, and in his capacity as law
17 enforcement officer for City of Vallejo;
   SEAN KENNEY, individually, and in his
18 capacity as law enforcement officer for
   City of Vallejo; DOES 1-100, inclusive,
19 individually and in their capacities as law
   enforcement officers and/or personnel for
20 VALLEJO POLICE DEPARTMENT,
21
22               Defendants.
   _____/
23

24 Petitioner states as follows:

25     1.      Petitioner IKIAM D'ANDRE CARTER is a minor, who is 17 years old.

26     2.      Petitioner is about to commence an action in this court against the City of

27 Vallejo, the Vallejo Police Department, Officer Mark Thompson, Officer Sean

28 Kenney, and DOES 1-100, for personal injuries and violation of his civil rights

*(left margin vertical text)* HERSH AND HERSH / A Professional Corporation

1

2        as a result of his arrest on August 17, 2012.

3.      No previous petition for appointment of a guardian ad litem has been filed in

3        this matter.

4     4.      IVAN CARTER, whose address is 205 Cypress Avenue, Vallejo, CA 94590, is

5        a competent and responsible person and fully competent to act as guardian ad

6        litem. IVAN CARTER is the father of Petitioner.

7     5.      Said IVAN CARTER is willing to act as guardian ad litem for Petitioner, as

8        appears by his consent below.

9     Wherefore, Petitioner moves this court for an order appointing IVAN CARTER as

10 guardian ad litem for petitioner for the purpose of bringing this action against the City of

11 Vallejo, the Vallejo Police Department, Officer Mark Thompson, Officer Sean Kenney, and

12 DOES 1-100 on the claim hereinabove stated.

13 DATED: July 21, 2013.        HERSH & HERSH

14                        A Professional Corporation

15

16                        By_____

17                        Charles C. Kelly, II
                             Attorneys for Petitioner

18                 **CONSENT OF NOMINEE**

19     I, IVAN CARTER, the nominee of Petitioner, consent to act as guardian ad litem for the

20 minor petitioner in the above action.

21 Dated: July 30, 2013.

22                        IVAN CARTER

23                       **ORDER**

24     The petition for an order appointing IVAN CARTER as guardian ad litem for petitioner

25 is GRANTED.

26

27 DATED: ~~August 5, 2013~~

28                       U.S. DISTRICT COURT JUDGE

PETITION FOR ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

HERSH AND HERSH
A Professional Corporation