IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

I.D.C., a minor child, by and through his father and guardian ad litem, IVAN CARTER,

            Plaintiff,

    v.

CITY OF VALLEJO, et al.,

            Defendants.

NO. C13-3547 TEH

ORDER TRANSFERRING CASE

      Plaintiff alleges that venue is proper in this district because "[t]he unlawful acts and practices alleged herein occurred in the City of Vallejo which is within this judicial district." Compl. at 2; *see also id.* ¶ 12 ("The incident took place on August 17, 2013, at approximately 8:00 pm at 640 Indiana in Vallejo, California, Solano County."). However, the City of Vallejo is located in the Eastern District of California and not in this district. There are no allegations that any Defendants reside in the Northern District, nor are there any allegations of any events occurring in this district. Accordingly, with good cause appearing, this case is hereby TRANSFERRED to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated:  09/23/13

                          THELTON E. HENDERSON, JUDGE
                          UNITED STATES DISTRICT COURT