**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, MARK THOMPSON and SEAN KENNEY

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| IDC, a minor, by and through his father and guardian ad litem, IVAN CARTER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF VALLEJO, a municipal corporation; VALLEJO POLICE DEPARTMENT,  a municipal corporation; MARK THOMPSON, individually, and in his capacity as law enforcement officer for City of Vallejo; SEAN KENNEY, individually, and in his capacity as law enforcement officer for City of Vallejo; DOES 1-100, inclusive, individually and in their capacities as law enforcement officers and/or personnel for VALLEJO POLICE DEPARTMENT,<br><br>　　　　　Defendants. | No. 2:13-cv-1987 DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(2).  The Parties shall bear their own costs and attorneys' fees in connection with this lawsuit and the negotiation and preparation of this Agreement.

-1-

-2-

DATED:  December 30, 2014                    /s/ Furah Z. Faruqui
                                             FURAH Z. FARUQUI
                                             Deputy City Attorney
                                             Attorney for Defendants, CITY OF VALLEJO,
                                             MARK THOMPSON and SEAN KENNEY


DATED:  December 30, 2014                    /s/ Charles C. Kelly
                                             CHARLES C. KELLY, II
                                             Attorney for Plaintiff, IDC

**ORDER**

Pursuant to the parties' stipulation this action is dismissed with prejudice.

Dated:  January 5, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent\idc1987.stip.dism.ord.doc